Jerome M. Selvers (015671974)
Sonnenblick, Parker & Selvers, P.C.
3 Monument Street
Freehold, NJ 07728
Telephone:  (732) 431-1234 Ext. 102
Facsimile:  (732) 431-3994
jselvers@spspc.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>vs.<br><br>THOMAS NICHOLAS SALZANO,<br><br>　　　　　Defendant. | CIVIL ACTION NO.<br>21-cv-12189 (BRM-AME) |

**NOTICE OF CONSENT OF DEFENDANT TO MOTION AND ORDER**

Defendant, Thomas Nicholas Salzano, by and through his undersigned attorney, Sonnenblick, Parker & Selvers, P.C., Jerome M. Selvers, Esq., does hereby consent to the relief sought in the Motion filed by the Acting United States Attorney for the District of New Jersey for an Order (1) granting the United States

leave to intervene in the above-captioned civil action (the "SEC Case"); and (2) staying the SEC Case until the conclusion of criminal proceedings in United States v. Salzano, Mag. No. 21-13062 (LDW), including trial.

        SONNENBLICK, PARKER & SELVERS, P.C.
        Respectfully submitted,

        BY: /s/*Jerome M. Selvers*
            JEROME M. SELVERS
            Attorneys for Defendant

DATED:   August 11, 2021